**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-7333**

———————————

ANTHONY LYNCH-BEY,

Plaintiff - Appellant,

versus

D. A. GARRAGHTY, Chief Warden; C. E. DAVIS,
Warden; K. W. DAVIS, Warden; M.C. MILLARD,
Associate Warden; G. P. WILLIAMS, Associate
Warden; S. T. AVENT, Associate Warden, FRANK
ROACH, Housing Unit Manager; B. AUTRY, Inmate
Hearing; L. T. EDMONDS, Housing Unit; JOHN
DOE, Agent of Defendant Garraghty,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, District
Judge. (CA-01-470-3)

———————————

Submitted:  November 7, 2002      Decided:  November 15, 2002

———————————

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Anthony Lynch-Bey, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Anthony Lynch-Bey appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying reconsideration of that order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Lynch-Bey v. Garraghty</u>, No. CA-01-470-3 (E.D. Va. July 3 & Aug. 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>